UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES A. PEQUIGNOT, JR., <br><br> Plaintiff, <br><br> v. <br><br> A. DAVIS, FELTON, and T. DOUGLAS, <br><br> Defendants. | CAUSE NO. 1:25-CV-183-HAB-SLC |

OPINION AND ORDER

James A. Pequignot, Jr., by counsel, filed a complaint alleging named and unknown police officers used excessive force against him on November, 2 2023. ECF 1. The unknown defendants will be dismissed without prejudice under 28 U.S.C. § 1915A because "it is pointless to include lists of anonymous defendants in federal court; this type of placeholder does not open the door to relation back under Fed. R. Civ. P . 15, nor can it otherwise help the plaintiff." *Wudtke v. Davel*, 128 F.3d 1057, 1060 (7th Cir. 1997) (citations omitted). Because Pequignot is proceeding in forma pauperis, under 28 U.S.C. § 1915(d), the court must issue and serve process on the named defendants.

For these reasons, the court:

(1) GRANTS James A. Pequignot, Jr., leave to proceed against A. Davis, Felton, and T. Douglas as described in the complaint;

(2) DISMISSES WITHOUT PREJUDICE John Doe under 28 U.S.C. § 1915A;

(3) DIRECTS the clerk, under 28 U.S.C. § 1915(d), to request Waiver of Service from (and if necessary, the United States Marshals Service to use any lawful

means to locate and serve process on) A. Davis, Felton, and T. Douglas with a copy of this order and the complaint (ECF 1);

(4) ORDERS the Fort Wayne Chief of Police to provide the full name, date of birth, and last known home address of any defendant who does not waive service if he has such information; and

(5) ORDERS, under 42 U.S.C. § 1997e(g)(2), A. Davis, Felton, and T. Douglas to respond, as provided in the Local Rules for the Northern District of Indiana and the Federal Rules of Civil Procedure.

SO ORDERED on April 18, 2025.

        s/ Holly A. Brady
        CHIEF JUDGE
        UNITED STATES DISTRICT COURT